**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>**TRICON COMMERCIAL CONSTRUCTION LLC,**<br><br>Debtor. | Case No. **9:24-bk-90246-BPH** |
| **GINA BJORKMAN, individually and as Personal Representative of the ESTATE OF JASON L. CATRON**<br><br>Plaintiff.<br><br>v.<br><br>**STANLEY P. SAYERS, as Trustee of the Stanley P. Sayers Living Trust; TRICON COMMERCIAL CONSTRUCTION LLC; and RICHARD J. SAMSON, as the Chapter 7 Trustee for the Bankruptcy ESTATE OF TRICON COMMERCIAL CONSTRUCTION LLC,**<br><br>Defendants. | Adv. No. **9:25-ap-09002-BPH** |

## JUDGMENT

In this adversary proceeding, the Stanley P. Sayers Living Trust ("Trust") and Gina Bjorkman ("Bjorkman") filed cross motions for summary judgment at ECF Nos. 41 and 44,[1] respectively. For the reasons described in the accompanying Decision and Rationale,

IT IS HEREBY ORDERED, ADJUDGED and DECREED the Trust Motion is partially granted and partially denied.

IT IS FURTHER ORDERED, ADJUDGED and DECREED the Bjorkman Motion is

[1] Capitalized terms shall have the meaning defined in the accompanying Decision and Rationale unless otherwise defined in this Order.

partially granted and partially denied.

IT IS FURTHER ORDERED, ADJUDGED and DECREED Bjorkman and Catron's estate are excused from further performance under the Agreement due to impossibility. The remainder of the Parties' claims, including the crossclaim for recission brought by the Trustee, are dismissed with prejudice and neither party shall be obligated to the other for any amount or future performance.

Dated July 13, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana